# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-01438

Steven Bishop,

    Plaintiff/Movant,

Northstar Location Services, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 24, 2014

        Respectfully submitted,

        By: __/s/ Jenny DeFrancisco_____

        Jenny DeFrancisco, Esq.
        CT Bar No.: 432383
        LEMBERG LAW LLC
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        E-mail: jdefrancisco@lemberglaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 24, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  */s/ Jenny DeFrancisco*
                   Jenny DeFrancisco, Esq.