**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-01438

Steven Bishop,

    Plaintiff/Movant,

Northstar Location Services, LLC,

    Defendant.

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Steven Bishop ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

Dated: December 15, 2014

        Respectfully submitted,

        By  */s/ Jenny DeFrancisco*
           Jenny DeFrancisco, Esq.
           LEMBERG LAW, L.L.C.
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile:  (203) 653-3424
           jdefrancisco@lemberglaw.com
           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 15, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                   By * /s/ Jenny DeFrancisco*
                     Jenny DeFrancisco, Esq.